United States District Court
Southern District of Texas
ENTERED

DEC 2 3 2009

Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA TREVINO, | ) | |
| | ) | CA B-07-218 |
| Plaintiff, | ) | and member cases |
| | ) | B:08-391 |
| v. | ) | B:08-477 |
| | ) | B:09-13 |
| HILLARY CLINTON, et al., | ) | B:09-34 |
| | ) | B:09-80 |
| Defendants. | ) | **B:09-108** |
| | ) | B:09-109 |

**LOZANO V. CLINTON, et al. CA B-09-108**

**ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation of Dismissal filed by Plaintiff Norma Patricia Lozano through counsel and by defendants through the Department of Justice, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. Pursuant to the stipulation, this case is DISMISSED WITH PREJUDICE. Each party is to bear its own costs, fees, and expenses.

SO ORDERED this 23 day of December, 2009 in Brownsville, Texas.

HILDA TAGLE
UNITED STATES DISTRICT JUDGE